UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHEN GANG, FANG LIN, LU FENG, JANE DOE, ZOU WENBO, and DOES *1-3*,<br><br>　　Plaintiffs,<br>v.<br><br>ZHAO ZHIZHEN and DOES 1-5 Inclusive,<br><br>　　Defendants. | CASE NO. 3:04CV1146 (RNC) |

## JUDGMENT

This action having come on for consideration of the plaintiff's motion for leave to file a third amended complaint dkt. # [124] before the Honorable Robert N. Chatigny, United States District Judge, and

The Honorable Robert N. Chatigny having considered the motion and the full record of the case including the applicable principles of law, filed a ruling and order dkt. # [162] denying plaintiff's motion. Fang Lin, Lu Feng, Jane Doe and Does 1-3 and Does 1-5 Inclusive having been previously terminated; it is hereby

ORDERED, ADJUDGED and DECREED that the plaintiff's motion for leave to file a third amended complaint is denied.

Dated at Hartford, Connecticut, this 31st day of March, 2016.

ROBIN D. TABORA, Clerk

By /s/TG
　　Terri Glynn
　　Deputy Clerk

EOD:3/31/16